UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANOPHIA STOKES,<br><br>                    Plaintiff,<br><br>       -against-<br><br>TARGET CORPORATION,<br><br>                    Defendant. | Docket No.:<br><br>**NOTICE OF REMOVAL** |

**TO THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK:**

Defendant, Target Corporation (hereinafter "Target"), for the removal of this action from the Supreme Court of the State of New York, County of Kings, to the United States District Court for the Eastern District of New York, respectfully shows this Honorable Court:

FIRST: Target Corporation is a defendant in a civil action brought in the Supreme Court of the State of New York, County of Kings, entitled:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

| | |
|---|---|
| SANOPHIA STOKES,<br><br>                    Plaintiff,<br><br>       -against-<br><br>TARGET CORPORATION,<br><br>                    Defendant. | Index No.: 509618/2021 |

5950651-1

SECOND: A copy of the Summons and Verified Complaint in this action is annexed hereto as **Exhibit "A"**. Target removed this matter prior to serving any responsive pleadings. These exhibits constitute all pleadings and orders served upon any party in this action.

THIRD: The Summons and Verified Complaint were served on Target via Secretary of State on May 6, 2021, and therefore less than thirty (30) days have passed since receipt of the Summons and Verified Complaint.

FOURTH: Plaintiff's Verified Complaint alleges that Plaintiff was damaged in an amount exceeding $75,000.00. *See* Exhibit A, ¶ 35. Accordingly, it is clear that the amount of controversy in this matter exceeds $75,000.00, exclusive of interests and costs.

FIFTH: This action is one over which this Court has original jurisdiction under the provisions of Title 28, United States Code, Section 1332, and is one which may be removed to this Court by Target, pursuant to the provisions of Title 28 United States Code, Section 1441. Specifically, this action may be removed because it is a civil action brought in a Supreme Court of the State of New York, by a citizen of the state of New York, against a foreign corporation whose principal place of business is outside of the State of New York with the amount in controversy exceeding the sum or value of $75,000.00, exclusive of interest and costs.

*[Remainder of Page Intentionally Left Blank]*

-3-

**WHEREFORE**, the defendant, Target Corporation prays that the above action now pending against it in the Supreme Court of the State of New York, County of Kings, be removed from there to this Court.

Dated: New York, New York
May 27, 2021

**CONNELL FOLEY LLP**

_____
MICHAEL J. CROWLEY
SAMANTHA DIORIO
*Attorneys for the Defendant*
**TARGET CORPORATION**
888 Seventh Avenue, 9th Floor
New York, New York 10106
(212) 307-3700

TO: **Dean N. Liakas, Esq.**
**LIAKAS LAW, PC**
*Attorneys for Plaintiff*
**SANOPHIA STOKES**
65 Broadway, 13th Floor
New York, NY, 10006